UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEVIN RAY SCHULTZ,

        Defendants.

Case No.: 2:09-cr-00248-LDG-RJJ-1

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on July 28, 2017 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on July 31, 2016.

**DATED** this ___7___ day of July, 2017.

        Lloyd D. George
        United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize __CRISTINA D. SILVA__ to retrieve *Plaintiffs's/Defendant's* exhibits.
        (name)                          (circle one)

Dated: __7/28/17__

        Signature of counsel

Plaintiff's exhibits received by: __MAY COFFMAN__ Date: __8-3-17__

Defendant's exhibits received by: _____ Date: _____

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
AUG - 3 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY