# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

Case No. 2:09-cr-00248- LDG

v.

**ORDER**

KEVIN RAY SCHULTZ,

     Defendant.

       THE COURT **ORDERS** that Defendant's Motion for Nunc Pro Tunc Judgment (ECF No. 107) is DENIED as moot.

DATED this ___ day of October, 2017.

_____
Lloyd D. George
United States District Judge